Emanuel M. Boock, Appellee, v. L. O. Napier and M. A. Napier, individually, and L. O. Napier, doing business as United Reserve Insurance Agency, and L. O. Napier and Madeline Napier, doing business as L and M Agency, Appellants.

Gen. No. 47,122.

First District, Third Division.

June 21, 1957.

Rehearing denied September 20, 1957.

Released for publication September 30, 1957.

Brundage & Short (Charles F. Short, Jr. and Narcisse A. Brown, of counsel) for defendants-appellants; Michael A. Gerrard and Morris & Morris (Michael A. Gerrard, and Jerrold L. Morris, of counsel) for appellee. The court adopts the opinion, written by JUDGE NIEMEYER, as the opinion of the court. Not to be published in full.